# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LALLEMAND,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF LOS ANGELES, JIM MCDONNELL, UNGREY HOLIFIELD, TAWNIA ROJAS, ERNESTO VALENCIA, ANDREW HAGEWOOD, MATTHEW VANDERHORCK, ALLEN CASTELLANO AND DOES 1 THROUGH 10,<br><br>*Defendants.* | Case No.: CV17-00781 TJH (SSx)<br><br>*Hon. Terry J. Hatter, Jr.*<br><br>ORDER RE DISMISSAL WITHOUT PREJUDICE   [JS-6] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:** The Court has reviewed the parties' Stipulation for an Order RE Dismissal Without Prejudice in this case. Plaintiff and Defendants' articulate points and argument upon which the Court finds good cause to grant an Order as to the stipulation, as

1

ORDER RE STIP RE DISMISSAL WITHOUT PREJUDICE

requested. Therefore, the Court makes the following Order:

    i. Order that this action is dismissed without prejudice;

    ii. Retain jurisdiction to vacate the dismissal order and reopen this action within 180 days from the Notice of Settlement, unless, the parties request that the Court retain jurisdiction for an additional period of time necessary to finalize the settlement;

    iii. The parties shall file a dismissal, with prejudice, upon the settlement being finalized;

    iv. If no dismissal with prejudice is filed at the end of the initial 180 day period, or extended period, the parties shall appear for a status conference.

IT IS SO ORDERED.

Date: March 2, 2020

                                       _____
                                       HON. TERRY J. HATTER, JR.,
                                       UNITED STATES DISTRICT JUDGE

2

ORDER RE STIP RE DISMISSAL WITHOUT PREJUDICE